**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6699**

———————

RANDY D. GOLDEN,

               Petitioner - Appellant,

     v.

WILLIAM BAILEY,

               Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge. (1:24-cv-00656-JKB)

———————

Submitted: September 24, 2024              Decided: October 1, 2024

———————

Before KING, WYNN, and HEYTENS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Randy D. Golden, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy D. Golden seeks to appeal the district court's order denying his motion to rescind its order granting Respondent a second extension to respond to Golden's 28 U.S.C. § 2254 petition, denying his motion to stay his state court proceedings, and granting Respondent's third motion for extension of time to respond to Golden's § 2254 petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Upon review, the order Golden seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*